UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

| | |
|---|---|
| ELLIOT M. HIRSCH,<br><br>      Plaintiff,<br><br> -against-<br><br>RABBI YITZCHAK YISRAELI, RABBI DAVID MASLATON, MICHELLE ABTAN AMSELLEM, MURRAY BETESH, LAURIE BEDA, JOEL BORENSTEIN, JAY R. BUTTERMAN, SHERRY CHERA HALABI, LAUREN DAGMY, SARI DANA, MIRIAM ELISHEVA YARIMI, YESHIVA OF FLATBUSH JOEL BRAVERMAN HIGH SCHOOL LLC, THE EDMOND J. SAFRA SYNAGOGUE INC., MIRIAM SABZEHROO, RAQUEL SABZEHROO, EVE SCABA, DEBORAH SHILOACH, EVA SHAMMAH, NORMA TAWIL, HESHY TISCHLER, DALIA OZIEL, ADINA MILES, NOURITE MAIMON, SARAH MIZRACHI, ELIZABETH KAIREY, ISABELLA KHAIMOV, RABBI ELI J. MANSOUR, ABRAHAM MANOPLA, DR. MARK RAND, AMBER ADLER, RABBI HAROLD SUTTON, RABBI MAX SUTTON, YAFAH SUTTON, CITY OF NEW YORK, John and Jane Doe 1-10 Defendants.<br><br>      Defendants. | **Docket No.:**<br>**1:25-cv-02757(EK)(VMS)**<br><br>**NOTICE OF APPEARANCE** |

------------------------------------------------------------------- X

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

  **PLEASE TAKE NOTICE,** that Jason H. Seiler of FURMAN KORNFELD & BRENNAN, LLP hereby appears in this action on behalf of Defendant, JAY R. BUTTERMAN.

  **PLEASE TAKE FURTHER NOTICE** that the undersigned counsel, Jason H. Seiler, hereby certifies that he is admitted to practice in this Court.

Dated: July 21, 2025
   New York, New York

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**

By: *Jason Seiler*

Jason H. Seiler, Esq.
*Attorney for Defendant*
JAY R. BUTTERMAN
88 Pine Street, 32nd Floor
New York, New York 10005
Phone: (212) 867-4100
Fax:    (212) 867-4118
Email: <jseiler@fkblaw.com>
FKB File No.: 313.581

To:   <u>*Via ECF*</u>
      All Parties

- 2 -