UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ELLIOT M. HIRSCH,

                              Plaintiff,

             -against-

RABBI YITZCHAK YISRAELI, RABBI DAVID MASLATON, MICHELLE ABTAN AMSELLERN, MURRAY BETESH, LAURIE BEDA, JOEL BORENSTEIN, JAY R. BUTTERMAN, SHERRY CHERA HALABI, LAUREN DAG-MY, SARI DANA, MIRIAM ELISHEVA YARIMI, YESHIVA OF FLATBUSH JOEL BRAVERMAN HIGH SCHOOL LLC, THE EDMOND J. SAFRA SYNAGOGUE INC., MIRIAM SABZEHROO, RAQUEL SABZEHROO, EVE SCABA, DEBORAH SHILOACH, EVA SHAMMAH, NORMA TAWIL, HESHY TISCHLER, DALIA OZIEL, ADINA MILES, NOURITE MAIMON, SARAH MIZRACHI, ELIZABETH KAIREY, ISABELLA KHAIMOV, RABBI ELI J. MANSOUR, ABRAHAM MANOPLA, DR. MARK RAND, AMBER ADLER, RABBI HAROLD SUTTON, RABBI MAX SUTTON, YAFAH SUTTON, CITY OF NEW YORK, and JOHN AND JANE DOE 1-10 DEFENDANTS,

                              Defendants.

**NOTICE OF MOTION**

25-CV-2757 (EK) (VMS)

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 8, 2025, and the prior pleadings and proceedings had herein, defendant City of New York ("Defendant") will move before the Honorable Eric R. Komitee, United States District Judge, on a date to be determined by the Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint

against Defendant for failure to state a claim upon which relief can be granted, together with such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by October 6, 2025; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by October 27, 2025.

Dated:       New York, New York
               September 8, 2025

                          MURIEL GOODE-TRUFANT
                          Corporation Counsel of the City of New York
                          *Attorney for Defendant City of New York*
                          100 Church Street, Room
                          New York, New York 10007
                          (212) 356-1643

                    By:    *Michael Futral* /s/
                             Michael Futral
                             *Assistant Corporation Counsel*
                             Special Federal Litigation Division

TO:    Elliot M. Hirsch
        7 Saxony Drive
        Oakhurst, NJ 07755