**AGF&J** | Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

One Battery Park Plaza
4th Floor
New York, NY 10004

Phone: 212-422-1200
Fax: 212-968-7573
www.agfjlaw.com

October 3, 2025

The Honorable Eric Komitee
United States District Judge
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Hirsch v. Rabbi Yitzchak Yisraeli et al*
        Civil Action No. 1:25-cv-02757-EK-VMS
        Our File: 32816

Dear Judge Komitee:

I represent defendants The Edmond J. Safra Synagogue, Inc. ("the Synagogue") and Rabbi Eli J. Mansour ("Rabbi Mansour") in the above referenced matter. Upon information and belief, one or both of said defendants may have been served with the instant summons and complaint on or about September 17, 2025. Since plaintiff has not filed any proof of service on either defendant, I am not certain if service was actually made or my clients obtained the pleadings from another source. No request for waiver of service has been transmitted to my clients. Assuming that service was accomplished on September 17, 2025, the end date to respond is October 8, 2025. For the reasons set forth below, I request an enlargement of time to do so.

October 8, 2025 is a Jewish holiday (the second day of Sukkot). As an Orthodox Jew, I cannot work that day or the day before it. Indeed, between the supposed service date and October 8, 2025, there are actually another four days of Jewish holidays when work is forbidden by those of the Orthodox persuasion. Moreover, the complaint, as the Court knows, is over 500 paragraphs long. Because of the confusion over the actual date of service, as well as the intervening holidays (and two more after October 8, 2025), and the length of the complaint, it is impossible for me to compose and file an answer or make any motion by October 8, 2025. I request that my time to respond pursuant to FRCP R. 12 be extended 61 days, to November 17, 2025 (November 16, 2025 being a Sunday).

Hon. Eric Komitee
October 3, 2025
Page 2

I thank Your Honor for His consideration of the foregoing and remain at the Court's disposal to respond to any questions.

Respectfully submitted,

ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, LLP

By: _____
Mark Ian Binsky

cc:
All appearing counsel
and parties pro se via
ECF