

| AGF&J Abrams, Gorelick, Friedman & Jacobson, LLP<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212-422-1200<br>Fax: 212-968-7573<br>www.agfjlaw.com |

October 6, 2025

The Honorable Eric Komitee
United States District Judge
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Hirsch v. Rabbi Yitzchak Yisraeli et al*
                Civil Action No. 1:25-cv-02757-EK-VMS
                Our File: 32816

Dear Judge Komitee:

      I represent defendants The Edmond J. Safra Synagogue, Inc. ("the Synagogue") and Rabbi Eli J. Mansour ("Rabbi Mansour") in the above referenced matter. By letter to the Court dated October 3, 2025, I requested, for the first time, an enlargement of time to file/serve my answer to the complaint. However, I did not note whether I had conferred with plaintiff pro se on the issue. I apologize for this oversight and correct it below. This letter also sets forth a request for a pre-motion conference.

      In fact, I sent plaintiff pro se an email on October 3, 2025 asking whether he would object to my request for enlargement of time to answer to November 17, 2025. I also asked him for information regarding the purported service of process on my clients.

      Plaintiff pro se has not answered my email to him. This prompted me to telephone him today to follow up. The call went to voice mail, but I could not leave a message because the recording stated that the mailbox was full.

      I reiterate my request that my time to respond to plaintiff pro se's complaint pursuant to FRCP R. 12 be extended 61 days, to November 17, 2025 (November 16, 2025 being a Sunday) for the reasons set forth in my letter of October 3, 2025. Moreover, in looking over the complaint, I realize that a Rule 12 motion to dismiss on the pleadings is appropriate and I request that the Court schedule a pre-motion conference for this purpose, at the Court's convenience. As the Court is

**AGF&J**  Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys At Law

Hon. Eric Komitee
October 6, 2025
Page 2

well aware, the instant complaint is very similar to the amended complaint in the original iteration of this lawsuit, which was dismissed (without prejudice) following a joint motion by the attorneys for certain defendants, including me. The new, current complaint, suffers from many of the same infirmities as the previous pleading and should be dismissed as well for many of the same reasons.

I thank Your Honor for His consideration of the foregoing and remain at the Court's disposal to respond to any questions.

Respectfully submitted,

ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, LLP

By: _____
Mark Ian Binsky

cc:
All appearing counsel
and parties pro se via
ECF