UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

| | |
|---|---|
| ELLIOT M. HIRSCH, | Docket No.: |
| Plaintiff, | 1:25-cv-02757(EK)(VMS) |
| -against- | |
| RABBI YITZCHAK YISRAELI, RABBI DAVID MASLATON, MICHELLE ABTAN AMSELLEM, MURRAY BETESH, LAURIE BEDA, JOEL BORENSTEIN, JAY R. BUTTERMAN, SHERRY CHERA HALABI, LAUREN DAGMY, SARI DANA, MIRIAM ELISHEVA YARIMI, YESHIVA OF FLATBUSH JOEL BRAVERMAN HIGH SCHOOL LLC, THE EDMOND J. SAFRA SYNAGOGUE INC., MIRIAM SABZEHROO, RAQUEL SABZEHROO, EVE SCABA, DEBORAH SHILOACH, EVA SHAMMAH, NORMA TAWIL, HESHY TISCHLER, DALIA OZIEL, ADINA MILES, NOURITE MAIMON, SARAH MIZRACHI, ELIZABETH KAIREY, ISABELLA KHAIMOV, RABBI ELI J. MANSOUR, ABRAHAM MANOPLA, DR. MARK RAND, AMBER ADLER, RABBI HAROLD SUTTON, RABBI MAX SUTTON, YAFAH SUTTON, CITY OF NEW YORK, John and Jane Doe 1-10 Defendants. | **DEFENDANT'S DISCLOSURES PURSUANT TO RULE 26(A)** |
| Defendants. | |

------------------------------------------------------------------------X

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant JAY R. BUTTERMAN ("Attorney Butterman"), by and through his attorneys, Furman Kornfeld & Brennan LLP, set forth their initial disclosures. Attorney Butterman reserves the right to modify and supplement these disclosures as discovery proceeds.

**Rule 26(a)(1)(A) – Initial Disclosure**

  **i.**  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of information.

*Response*

The following individuals may have knowledge or information relating to the claims and defenses in the above-referenced action:

- Elliot Hirsch ("Plaintiff") – (917) 750-0418 | 7 Saxony Drive, Oakhurst, New Jersey 07755.

- Jonathan M. Hirsch – (718) 376-5177 | 2136 Ocean Ave, Brooklyn, New York 11229.

- Paulette Hirsch – current phone number unknown | 1861 East 22nd Street, Brooklyn, New York 11229.

- Attorney Butterman – (212) 308-7697 | 800 3rd Ave 15th Floor, New York, New York 10022.

- Elizabeth Kairey – current address and phone number unknown.

- Individuals who are not yet known and who actively participated in the "Free Elizabeth" online go-fund-me campaign.

- Individuals who are not yet known and who may be identified by all parties during the course of discovery.

- Individuals whose identities are not yet known or identified, who may be identified in the documents described in response to ¶ 2, *infra*, and/or in the within pleadings.

**ii.** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claim or defenses, unless solely for impeachment.

*Response*

- **[SUBJECT TO ATTORNEY CLIENT PRIVILEGE]** Communications exchanged between Attorney Butterman and Kairey and communications between Attorney Butterman and Plaintiff relating to the prosecution of the underlying divorce action, pleadings, motion papers, decisions and other documents on file with the New York County Clerk and the Federal Courts in the underlying divorce action along with the numerous actions brought by Plaintiff against Attorney Butterman.

- E-mails, texts and other communications exchanged between Elliot Hirsch and others, including but not limited to Jonathan and Paulette Hirsch, relating to various allegations of Hirsch made in his Complaint.

- Additional documents disclosed in discovery which are not yet known.

iii.   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

*Response*

Attorney Butterman is not alleging damages at this time.  However, Attorney Butterman is seeking a vexatious litigant determination against Plaintiff pursuant to 28 U.S.C. §1927 along with an imposition of sanctions and an injunction against Plaintiff precluding Plaintiff from filing any further lawsuits against Attorney Butterman pursuant to Fed. R. Civ. P. 11(b)(1) & (c)(1). Attorney Butterman expressly reserves the right to supplement and/or amend this response upon the discovery of further pertinent information.

Attorney Butterman also reserves the right to seek attorneys' fees and punitive damages against Plaintiff under the provisions of New York's Anti-SLAPP statute and/or New York Civil Rights Law Section 70-a.

**iv.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

*Response*

Relevant insurance agreements will be provided under separate cover. Attorney Butterman expressly reserves their right to supplement and/or amend the foregoing disclosures should additional information become available.

**Rule 26(a)(2) – Disclosure of Expert Testimony**

**A.** In addition to the disclosures required by Rule 26(a)(1), a party must disclose to the other parties the identity of any witness it may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705.

*Response*

Attorney Butterman has not yet retained any expert witness for trial and is currently not certain as to whom, if any expert, will be called. All relevant reports and documentation identified under Rule 26(a)(2)(B) along with the appropriate expert witness disclosures shall be provided to Plaintiff at least ninety (90) days before trial in accordance with Rule 26(a)(2)(D)(i). Attorney Butterman expressly reserves the right to retain an expert witness for trial and disclose all relevant information in accordance with the rules above.

**Rule 26(a)(3) – Pre-Trial Disclosure**

    A.    In General. In addition to the disclosures required by Rule 26(a)(1) and (2), a party must provide to the other parties and promptly file the following information about the evidence that it may present at trial other than solely for impeachment.

        i.    The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

*Response*

Attorney Butterman identifies the witnesses referenced in response to Rule 26(a)(1)(i) listed above along with any additional witnesses not currently known which are uncovered in discovery.

        ii.    The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

*Response*

Attorney Butterman intends to call Plaintiff, Plaintiff's father Jonathan Hirsch, and Plaintiff's Mother Paulette Hirsch, for depositions in this matter. Attorney Butterman intends to produce himself as a witness for deposition. To the extent any other person(s) or parties are required to be called for deposition in this matter, Attorney Butterman reserves the right to supplement this response.

        iii.    An identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

### *Response*

Attorney Butterman identifies the documents referenced in response to Rule 26(a)(1)(ii) along with any additional documents not currently known which are uncovered in discovery.

**PLEASE TAKE NOTICE** that Attorney Butterman reserves the right to supplement and/or amend these disclosures up to and including the time of Trial in this action

Dated: October 28, 2025
New York, New York

Respectfully Submitted,

**FURMAN KORNFELD & BRENNAN LLP**

By: _____
Jason H. Seiler, Esq.
*Attorneys for Defendant*
JAY R. BUTTERMAN
88 Pine Street, 32nd Floor
New York, New York 10005
Phone: (212) 867-4100
Fax:    (212) 867-4118
FKB File No. 313.581

To:   *Via ECF*
      ALL PARTIES OF RECORD