**AGF&J**   Abrams, Gorelick, Friedman & Jacobson, LLP
Attorneys at Law

One Battery Park Plaza
4th Floor
New York, NY  10004

Phone: 212 422-1200
Fax: 212 968-7573
www.agfjlaw.com

October 29, 2025

Via ECF Filing Only

The Honorable Vera M. Scanlon
United States Chief Magistrate Judge
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Hirsch v. Rabbi Yitzchak Yisraeli et al*
         Civil Action No. 1:25-cv-02757-EK-VMS
         Our File: 32816

Dear Judge Scanlon:

  I represent defendants The Edmond J. Safra Synagogue, Inc. ("the Synagogue") and Rabbi Eli J. Mansour ("Rabbi Mansour") in the above-referenced matter. The purpose of this letter is to request an enlargement of time to produce initial disclosure pursuant to FRCP R. 26.

  On September 17, 2025, Your Honor presided over the initial conference in this matter. I did not attend the conference because, to my knowledge at the time, neither of my clients had been served with process. Coincidentally, Rabbi Mansour was served that very day. I was not apprised of this, though, until a few hours after the start time of the conference. By Order dated September 18, 2025, Your Honor directed that "the parties must serve initial disclosures on or before 10/30/2025. The Court stays all other discovery until the status of this case is clarified." Thereafter, Your Honor graciously granted my request to extend my time to respond to the complaint to November 17, 2025.

  I am requesting an extension of time to serve initial discovery for a number of reasons. First, I have not yet responded to the complaint and do not have to do so until the middle of next month. I submit that serving initial disclosure before responding to the complaint would be anomalous under the FRCP.

  Second, I have been in touch with my clients to obtain relevant material and information, but I do not anticipate that they will be able to comply with my requests by October 30, 2025.

Hon. Vera M. Scanlon
October 29, 2025
Page 2

      Lastly, I am undergoing an outpatient medical procedure at Mount Sinai Hospital on October 29, 2025 which involves debilitating preparation the day before. This seriously compromises my ability to work on this case in order to meet the October 30, 2025 deadline.

      I submit that plaintiff will not be prejudiced by the Court extending my time to serve initial discovery for a reasonable period subsequent to November 17, 2025, the date by which I have to respond to the complaint.

      I emailed plaintiff pro se on the afternoon of October 28, 2025 inquiring if he had any objections to my request. I did not hear back from him prior to my office filing this letter for me.

      This is my first request for an extension of time to serve initial disclosure in the instant matter.

      I thank the Court for its consideration of the foregoing and remain at Your Honor's disposal to respond to any questions.

Respectfully submitted,

ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, LLP

By: _____
Mark Ian Binsky

cc:
All appearing counsel
and parties pro se via
ECF