**LEVY KONIGSBERG LLP**
ATTORNEYS AT LAW
605 THIRD AVENUE, 33RD FLOOR
NEW YORK, NY 10158

NEW JERSEY OFFICE
QUAKERBRIDGE EXECUTIVE OFFICE
101 GROVERS MILL ROAD
LAWRENCEVILLE, NJ 08648
TELEPHONE: (609) 720-0400
FAX: (609) 720-0457

ALBANY OFFICE
90 STATE STREET
ALBANY, NY 12207
TELEPHONE: (518) 286-5068

December 4, 2025

*Via ECF*
Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Hirsch vs. Rabbi Yitzchak Yisraeli at al
                 Case No. 25-CIV-2757 (EK-VMS)
                 <u>Request for Pre-Motion Conference</u>

Dear Judge Komitee:

    I represent defendant Nourite Maimon in the instant matter. I am in receipt of the correspondence submitted by other defense counsel (including but not limited to counsel for Defendants The Edmond J. Safra Synagogue, Rabbi Eli J. Mansour, Sari Dana and Eva Shammah) and respectfully join therein. I echo the requests for a stay on the time to file an Answer or a Rule 12 motion, and to schedule a pre-motion conference, seeking dismissal of the Complaint in this action.

    In addition to the significant substantive issues not addressed in the Court's dismissal of Mr. Hirsch's prior complaint, the 6+ month delay in service of process from the filing of the complaint, as well as the 4+ years since the events complained of (and the statute of limitations implications thereof) need to be addressed. Absent a stay of proceedings – particularly of defendants' time to Answer or Move to Dismiss – the Court is likely to soon receive multiple uncoordinated filings.

Accordingly, I respectfully ask that the Court stay defendants' time to Answer or file Rule 12 motions and schedule a pre-motion conference.

Respectfully submitted,

MOSHE MAIMON (MM-8837)

cc: Counsel (via ECF)

<u>Via First Class Mail</u>
Elliot Hirsch
7 Saxony Drive
Oakhurst, NJ 07755