**HAWORTH BARBER & GERSTMAN, LLC**

777 Third Ave, Suite 2104, New York, NY 10017
Phone: 212.952.1100 Fax: 212.952.1110
www.hbandglaw.com

Page 1 of 2

*Paul Golden*
*Special Counsel*
*Direct: 212.952.1105*
Paul.Golden@hbandglaw.com

February 20, 2026

By ECF
Magistrate Judge Vera M. Scanlon
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<u>Re: Elliot M. Hirsch v Rabbi Yitzchak Yisraeli et al., 25-CV-02757 (EK)(VMS)</u>

Your Honor:

I am Special Counsel of the firm Haworth Barber & Gerstman, and the attorney representing defendant Rabbi David Maslaton. I write on behalf of defendant Maslaton to respectfully request a nunc pro tunc forty five day enlargement of time to answer or otherwise respond to the complaint. The enlargement would be from the alleged deadline to serve the answer, which (under ECF 80) indicates "answer due 2/19/2026" to a new date of April 6, 2026 (the next business day after the forty five days expires).

This firm was only retained today through Maslaton's insurer. Due to the time sensitive nature of this request the undersigned did not have an opportunity to confer with pro se plaintiff about this application.

The summons and complaint is 115 pages long, and has 518 paragraphs, and our firm seeks a suitable time to fully review it and determine what the true nature of the underlying claims are, and what the defenses are, discuss the matter with the client, and prepare the appropriate papers in response. There may be a number of bases for dismissal. One example of many is procedural; according to the affidavit of service, Rabbi Maslaton was "served" on January 29, 2026, and yet the underlying action was filed on June 9, 2025. Notably, FRCP 4(m), reads in relevant part that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time."

In light of the above, this office respectfully asks that the Court grant the nunc pro tunc enlargement of time until April 6, 2026 for defendant Maslaton to answer or otherwise respond to the complaint. Thank you for your consideration of this request.

*New Jersey Office:* 505 Main Street, Suite 212, Hackensack, NJ 07601 Tel: 201.831.1400 Fax: 201.831.1401

                        Respectfully Submitted,

                        **HAWORTH BARBER &**
                        **GERSTMAN, LLC**

By:    */s/ Paul Golden*

                        Paul Golden, Esq.
                        *Attorney for Defendant*
                        RABBI DAVID MASLATON
                        777 Third Avenue, Suite 2104
                        New York, New York 10017
                        Phone: (212) 952-1100
                        Paul.Golden@hbandglaw.com

To:     *Via ECF*
          All Parties

          *CC: BY ECF and Mail*
          Elliot M. Hirsch
          Saxony Drive
          Oakhurst NJ  07755
          Pro se plaintiff.